Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 14th, 2015

WILLIAM M. McCOOL, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL G. HURLEY,<br><br>Defendant. | NO. CR15-336 JCC<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1
**(Soliciting And Agreeing To Receive a Bribe By A Public Official)**

On or about September 11, 2015, at Seattle, in the Western District of Washington, the defendant, PAUL G. HURLEY, a public official, directly and indirectly did corruptly demand, seek, and agree to receive and accept something of value personally, in return for being influenced in the performance of an official act, and being induced to do and omit any act in violation of his official duty; that is $20,000 in connection with the conduct of his duties as an Internal Revenue Service ("IRS") Revenue Agent and assessment of taxes during the examination and audit of a taxpayer.

All in violation of Title 18, United States Code, Section 201(b)(2).

## COUNT 2
**(Receiving A Bribe By A Public Official)**

On or about September 16, 2015, at Seattle, in the Western District of Washington, the defendant, PAUL G. HURLEY, a public official, directly and indirectly did corruptly receive and accept something of value personally, in return for being influenced in the performance of an official act, and being induced to do and omit any act in violation of his official duty; that is $5,000 in connection with the conduct of his duties as an IRS Revenue Agent and assessment of taxes during the examination and audit of a taxpayer.

All in violation of Title 18, United States Code, Section 201(b)(2).

## COUNT 3
**(Receiving A Bribe By A Public Official)**

On or about September 21, 2015, at Seattle, in the Western District of Washington, the defendant, PAUL G. HURLEY, a public official, directly and indirectly did corruptly receive and accept something of value personally, in return for being influenced in the performance of an official act, and being induced to do and omit any act

//
//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in violation of his official duty; that is $15,000 in connection with the conduct of his duties as an IRS Revenue Agent and assessment of taxes during the examination and audit of a taxpayer.

All in violation of Title 18, United States Code, Section 201(b)(2).

A TRUE BILL:

DATED: 10-14-15

*[Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States]*

---
FOREPERSON

---
ANNETTE L. HAYES
United States Attorney

---
ANDREW FRIEDMAN
Assistant United States Attorney

---
JUSTIN W. ARNOLD
Assistant United States Attorney